FRANK N. FREEMAN and Another, Appellants, v. BEATRICE M. SPRAGUE, as Executrix, etc., of DON F. SPRAGUE, Deceased, Respondent, and INTERNATIONAL PULP COMPANY, Defendant.— Appeal from a St. Lawrence County Special Term final judgment in foreclosure in favor of the executrix for costs and for distribution, amending an account stated of the executrix by the insertion of two items of credit, and for the payment of certain royalties to the executrix under a contract. An examination of the record discloses proof that justifies the judgment granted. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of Proving the Last Will and Testament of DENNIS HESTER, Deceased. MARTIN J. HESTER and Another, Contestants, Appellants; JOHN H. CONINE and Another, Proponents, Respondents.— Appeal by contestants. This proceeding for the probate of decedent's will was commenced on October 2, 1934. After several adjournments and on February 11, 1935, an adjournment was taken to March twenty-seventh with the understanding that the trial was then to take place. When this day came, appellants' attorney was just finishing a long jury trial, and an adjournment was taken to April third. On April second, counsel for appellants asked that the matter be adjourned to the third week in April. This was refused and the trial was set down for April eighth, when the contestants did not appear and a decree was entered probating the will. Decree unanimously affirmed, with costs of this appeal to the respondents and against the appellants. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. S. S. KRESGE COMPANY, Respondent, v. JOHN W. BYRNE, a Commissioner of Assessment and Taxation of the City of Troy, and Others, Appellants.— Appeal from order confirming report of a referee appointed under order of certiorari to review an assessment in the city of Troy. Order and judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.